UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

2013 NOV 13 P 12: 57

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:13-CR-_110_ |
| ) | JUDGE _Greer_ |
| JONATHAN E. THORNTON ) | To Be Sealed |
| and ROGER D. FRANCE ) | |

## MOTION TO SEAL

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and respectfully requests that this motion, the indictment, all other documents related to the indictment, and the ensuing order be sealed pending the arrest of the defendants charged.

WHEREFORE, the United States of America respectfully requests that this motion, the indictment, all other documents related to the indictment, and the ensuing order be sealed with the exception that the United States Attorney's Office will be provided a stamp filed copy.

Submitted this the 13th day of November, 2013.

Respectfully submitted,

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

BY: /s/ J. Gregory Bowman
J. GREGORY BOWMAN
ASSISTANT U.S. ATTORNEY